**Order entered May 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00395-CV

---

### IN RE PETER BEASLEY, Relator

---

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-05741-2017**

---

## ORDER
Before Justices Bridges, Brown, and Boatright

Before the Court is relator's "motion for extension of time, motion for rehearing and motion for en banc reconsideration and motion to supplement the record." We **GRANT** the motion for an extension of time to file the motion for rehearing and motion for en banc reconsideration. We **DENY** the motion for rehearing and we **DENY** the motion to supplement the record.

        /s/     JASON BOATRIGHT
                  JUSTICE